UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SANTIBANEZ,<br>Plaintiff,<br>v.<br>PAUL DEUTSCH,<br>Defendant. | Case No. 2:26-cv-11243-SB-SK<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed his complaint against Defendant Paul Deutsch on September 28, 2026. On October 19, Plaintiff served Defendant. *See* Dkt. No. 14. Defendant failed to timely respond, and Plaintiff has not sought entry of default. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than November 30, 2026, why his claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before November 30, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: November 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge